2024R00622/SN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Zahid N. Quraishi |
| v. | : | Crim. No. 24- 632 |
| MILAN NUS | : | 18 U.S.C. § 1349 |
| | : | 18 U.S.C. § 1343 |
| | : | 26 U.S.C. § 7206(1) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

**RECEIVED**
OCT 0 1 2024
AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - DNJ

### COUNT ONE
(Conspiracy to Commit Wire Fraud)

**Relevant Background**

1. At times relevant to this Information:

    a. Defendant MILAN NUS ("NUS") was a resident of Monmouth County, New Jersey.

    b. "Victim-1" was a materials company with locations in Paramus and Secaucus, New Jersey.

**The Conspiracy**

2. From in or around May 2021 through in or around July 2021, in the District of New Jersey, and elsewhere, the defendant,

**MILAN NUS,**

did knowingly and intentionally conspire and agree with others to devise, and intend to device, a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud, did knowingly transmit and cause to

be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343.

### Goal of the Conspiracy

3. The goal of the conspiracy was for NUS and his co-conspirators to enrich themselves by knowingly creating counterfeit checks purporting to be written by Victim-1, cashing those counterfeit checks to bank accounts that NUS and his co-conspirators controlled, and converting the resulting funds to the personal use of NUS and his co-conspirators.

### Manner and Means of the Conspiracy

4. It was part of the conspiracy that:

   a. Between in or around May 2021 and in or around July 2021, NUS and his co-conspirators devised and executed a scheme to print counterfeit checks purporting to be written by Victim-1 (the "Victim Checks").

   b. NUS and his co-conspirators then fraudulently deposited the Victim Checks into a checking account at a major U.S. financial institution to which NUS and his co-conspirators had access.

   c. NUS and his co-conspirators would convert the resulting funds from this scheme to their personal use.

   d. NUS and his co-conspirators executed this scheme at least approximately thirty times between in or around May 2021 and in or around July 2021, causing at least approximately $5,187,890.72 in losses to Victim-1.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
(Conspiracy to Commit Wire Fraud)

### Relevant Background

5. Paragraph 1(a) of this Information is realleged here.

6. At times relevant to this Information:

   a. "Victim-2" was a home health care agency based in Brooklyn, New York. Victim-2's customers would sometimes send payment to Victim-2 in the form of checks made payable to Victim-2 (the "Victim-2 Checks").

### The Conspiracy

7. From in or around February 2021 through in or around March 2021, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

**MILAN NUS,**

did knowingly and intentionally conspire and agree with others to devise, and intend to device, a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud, did knowingly transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343.

### Goal of the Conspiracy

8. The goal of the conspiracy was for NUS and his co-conspirators to enrich themselves by stealing the Victim-2 Checks, cashing those checks to bank accounts that NUS and his co-conspirators controlled, and converting the resulting funds to the personal use of NUS and his co-conspirators.

3

## Manner and Means of the Conspiracy

9. It was part of the conspiracy that:

    a. Between in or around February 2021 and in or around March 2021, NUS and his co-conspirators devised and executed a scheme to steal the Victim-2 Checks from Victim-2, deposit those checks, and convert the resulting funds to their personal use.

    b. Specifically, NUS and his co-conspirators fraudulently opened a checking account at a major U.S. financial institution in the name of Victim-2.

    c. NUS and his co-conspirators would then deposit the Victim-2 Checks that they had previously stolen into that bank account.

    d. Finally, NUS and his co-conspirators would convert the resulting funds from this scheme to their personal use.

    e. NUS and his co-conspirators executed this scheme at least approximately two times between in or around February 2021 and in or around March 2021, causing at least approximately $290,000 in losses to Victim-2.

All in violation of Title 18, United States Code, Section 1349.

## Count Three
(Subscribing to a False Tax Return)

10. Paragraph 1(a) of this Information is realleged here.

11. On or about March 17, 2023, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

**MILAN NUS,**

did willfully make and subscribe and file and cause to be filed with the Internal Revenue Service a U.S. Individual Income Tax Return, Form 1040, for tax year 2021, which was verified by a written declaration that it was made under the penalties of perjury and which NUS did not believe to be true and correct as to every material matter, in that the return reported in Line 9 total taxable income of $10,000, whereas, as NUS then and there well knew and believed, his total taxable income was significantly greater than $10,000.

In violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

Upon conviction of the wire fraud offenses charged in Counts One and Two of this Information, the defendant,

### MILAN NUS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, the defendant obtained that constitutes or is derived from proceeds traceable to the commission of the offenses, and all property traceable thereto.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

 a) cannot be located upon the exercise of due diligence;

 b) has been transferred or sold to, or deposited with, a third party;

 c) has been placed beyond the jurisdiction of the court;

 d) has been substantially diminished in value; or

 has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

Case Number: 24- 632

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

MILAN NUS

# INFORMATION FOR

18 U.S.C. § 1349
18 U.S.C. § 1343
26 U.S.C. § 7206(1)

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

SEAN NADEL
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2797