DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILAN NUS<br><br>Defendant. | Criminal No. 24-632<br><br>SENTENCING SUBMISSION NOTICE<br>OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                    .

Date: January 22, 2025

VIKAS KHANNA
Acting United States Attorney

By: _____
Sean Nadel
Assistant U.S. Attorney