**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

February 24, 2025

Honorable Zahid Quraishi
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

   Re: *United States v. Milan Nus,* 24 Cr. 632

Dear Judge Quraishi:

  When Mr. Nus pleaded guilty in this case, he agreed to pay restitution in the amount of $5,477,890.72 in connection with Counts One and Two and $235,961.00 in connection with Count Three. Based on the parties' agreement, the Court imposed restitution in those amounts at Mr. Nus' sentencing hearing on February 11, 2025, and included the same totals in the written judgment issued that day.

  The parties' initial calculation assumed that one of the victims, Artistic Tile, had suffered a loss of $5,187,980.72. Based on a letter submitted by Artistic Tile, its losses were actually $5,010.143.91. In its letter, Artistic Tile also informed the parties that Travelers Insurance has already paid $2,500,000 of that amount, leaving $2,510,143.91 in total payments still owed to the company.

  Accordingly, pursuant to Federal Rule of Criminal Procedure 35(a), the parties jointly request that the Court amend its restitution order and correct the judgment to reflect the lower amount owed to Artistic Tile, *i.e.* $2,510,143.91 instead of $2,687,890.72. *See* Rule 35(a) ("Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetic, technical or other clear error."). The other restitution amounts listed in the judgment should remain the same.

  Thank you for your consideration.

            Respectfully submitted,

            /s/

            Deborah Colson

cc: AUSA Sean Nadel